In the Matter of MARY H. TOMPKINS et al., Appellants, against HENRY BRUCKNER, as President of the Borough of The Bronx, New York City, Respondent.

(Submitted June 18, 1928; decided June 21, 1928.)

Motion to amend remittitur or for a reargument denied, with ten dollars costs and necessary printing disbursements.   (See 248 N. Y. 594.)

---

BENJAMIN GRATZ et al., Doing Business under the Firm Name of WARREN, JONES & GRATZ, Appellants and Respondents, *v.* M. M. GRAVES COMPANY, INC., Respondent and Appellant.

*Appeal — appeal to Court of Appeals from order of modification by Appellate Division dismissed.*

*Gratz* v. *Graves Co., Inc.,* 222 App. Div. 697, appeal dismissed.

(Submitted June 18, 1928; decided June 21, 1928.)

MOTION to dismiss an appeal by defendant from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 25, 1927, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

The motion was made upon the ground that the appeal was improperly taken from the order of modification.

*Thomas F. Magner* and *Daniel G. Connolly* for motion. *John J. Kuhn* and *Walter R. Kuhn* opposed.

Motion granted and appeal dismissed, without costs.